# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: In the Matter of the Complaint of
Wild Florida Airboats, LLC, as the Owner
of the M/V Cypress II and the M/V
Cypress IV, for Exoneration from or
Limitation of Liability**

**Case No: 6:16-cv-2207-Orl-31GJK**

## ORDER

This cause comes before the Court on the Motion for Final Judgment (Doc. 26), filed by Wild Florida Airboats, LLC ("Limitation Plaintiff") on July 7, 2017.

On August 29, 2017, the United States Magistrate Judge issued a report (Doc. 27) recommending that the motion be granted. Limitation Plaintiff filed a Notice of Non-Objection to Report and Recommendation (Doc. 28). Therefore, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Final Judgment is **GRANTED**.

3. With the exception of the claims identified in the Court's June 27, 2017 Order entering Stipulation to Vacate Default and for Dismissal with Prejudice (Doc. 25), any claims made after April 6, 2017, are forever barred.

4. Limitation Plaintiff is hereby forever exempted and discharged from any and all other losses, damages, injuries and destruction arising out of, occasioned by or occurring from voyages of the M/V CYPRESS II and the M/V CYPRESS IV on or about June 25, 2016, that began and ended near Kenansville, Florida;

5. The Clerk shall release and return the bond deposited in the Court's registry, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 5, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party